RECEIVED
IN LAFAYETTE, LA.

DEC 1 4 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

**6:10CR00369**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 922(g)(1) |
| VERSUS | * | 18 U.S.C. § 924(c)(1)(A) |
| | * | 21 U.S.C. § 841(a)(1) |
| DAWN ROCHELLE BROUSSARD (01) | * | 18 U.S.C. § 2 |
| JUSTIN RUSSELL REGAN (02) | * | 18 U.S.C. § 924(d) |
| DAVID J. PREJEAN (03) | * | 21 U.S.C. § 846 |
| JAMES P. LACASSE (04) | * | |
| JAMES C. PITRE (05) | * | |
| DANIEL W. WRIGHT (06) | * | |
| KEVIN R. MELKILD (07) | * | |

JUDGE DOHERTY

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Conspiracy to Distribute Methamphetamine
### 21 U.S.C. § 846

Beginning on or about November 1, 2008, and continuing on until on or about June 30, 2010, in the Western District of Louisiana and elsewhere, the defendants, DAWN ROCHELLE BROUSSARD, JUSTIN RUSSELL REGAN, DAVID J. PREJEAN, JAMES P. LACASSE, JAMES C. PITRE, DANIEL W. WRIGHT and KEVIN R. MELKILD, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: that is, to distribute fifty (50) grams or more of

methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, and five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846. [21 U.S.C. § 846].

## Object of the Conspiracy

It was the object of the conspiracy that the defendants, DAWN ROCHELLE BROUSSARD, JUSTIN RUSSELL REGAN, DAVID J. PREJEAN, JAMES P. LACASSE, JAMES C. PITRE, DANIEL W. WRIGHT and KEVIN R. MELKILD, together with other individuals both known and unknown to the Grand Jury, would devise, manage, control, conduct and participate in an illegal interstate scheme for profit involving transportation, manufacturing, and distribution of methamphetamine in various parts of the United States, including the Western District of Louisiana.

## Ways and Means of Accomplishing the Conspiracy

It was a part of the conspiracy that the defendants, DAWN ROCHELLE BROUSSARD, JUSTIN RUSSELL REGAN, DAVID J. PREJEAN, JAMES P. LACASSE, JAMES C. PITRE, DANIEL W. WRIGHT and KEVIN R. MELKILD, and certain unindicted coconspirators would use vehicles to transport controlled substances, to include methamphetamine, from Texas to the Western District of Louisiana.

It was a part of the conspiracy that the defendants developed clandestine methamphetamine laboratories to manufacture and distribute controlled substances within the Western District of Louisiana.

Additionally, it was a part of the conspiracy that various firearms were possessed by the defendants, so that members of the conspiracy could protect themselves and their illegal controlled substances.

## Overt Acts

In furtherance of this conspiracy, and to effect and accomplish the objects of it, one or more of the defendants or conspirators, both indicted and unindicted, committed, among others, the following overt acts in the Western District of Louisiana and elsewhere, as well as the substantive acts alleged in Counts 2 through 7, inclusive, of this indictment which are incorporated herein by reference as overt acts:

**Overt act a.**

On January 22, 2009, at or near Canton, Texas, in the Eastern District of Texas, a traffic stop was conducted on a vehicle driven by defendant, JUSTIN RUSSELL REGAN. A herein unindicted coconspirator was a passenger in the vehicle. Subsequent to a search of the vehicle, law enforcement officers recovered approximately 1,330 grams of Methamphetamine, approximately 1.2 grams of d-Methamphetamine, approximately 2.6 grams of 3,4-Methylenedioxymethamphetamine Hydrochloride, approximately five (5)

tablets of 3,4-Methylenedioxymethamphetamine Hydrochloride, one (1) Glock Model 23, .40 caliber handgun, serial number HZY136, one (1) Marlin .22 caliber semi-automatic rifle, serial number 72240031, and drug paraphernalia.

**Overt act b.**

On September 22, 2009, in Acadia Parish, in the Western District of Louisiana, a traffic stop was conducted on a vehicle driven by defendant, DAVID J. PREJEAN. Subsequent to a search of the vehicle, law enforcement officers recovered approximately 37.5 grams of Methamphetamine and seventeen (17) hydrocodone tablets. The vehicle driven by defendant, DAVID J. PREJEAN, was registered to defendant, JUSTIN RUSSELL REGAN.

**Overt act c.**

On February 18, 2010, at or near Houston, Texas, in the Southern District of Texas, a traffic stop was conducted on a vehicle driven by defendant DAWN ROCHELLE BROUSSARD. Defendants JUSTIN RUSSELL REGAN and JAMES P. LACASSE, were passengers in the vehicle. Subsequent to a search of the vehicle, law enforcement officers recovered approximately 163.21 grams of Methamphetamine.

**Overt act d.**

On March 6, 2010, at or near Houston, Texas, in the Southern District of Texas, a traffic stop was conducted on a vehicle driven by a herein unindicted co-conspirator.

Defendant, DAVID J. PREJEAN, was a passenger in the vehicle. Subsequent to a search of the vehicle, law enforcement officers recovered approximately 204.562 grams of Methamphetamine.

**Overt act e.**

On March 10, 2010, at or near Baytown, Texas, in the Southern District of Texas, a traffic stop was conducted on a vehicle driven by defendant, KEVIN R. MELKILD. Defendant, DANIEL W. WRIGHT, was a passenger in the vehicle. Subsequent to a search of the vehicle, law enforcement officers recovered approximately 138.77 grams of Methamphetamine. Subsequent to his arrest, KEVIN R. MELKILD was found to be in possession of approximately 1.45 grams of Methamphetamine at the Chambers County, Texas, Jail.

**Overt act f.**

On March 18, 2010, law enforcement officers conducted surveillance at the residence of defendant, JAMES C. PITRE, located at or near Maurice, Louisiana, within the Western District of Louisiana. Law enforcement officers observed defendants DAWN ROCHELLE BROUSSARD and JAMES C. PITRE depart the residence in separate vehicles. Subsequently, a search of JAMES C. PITRE's residence was conducted. Defendant, JAMES P. LACASSE, was located in the residence. During the search, law enforcement officers recovered a methamphetamine laboratory, drug paraphernalia, and items indicative of a methamphetamine laboratory. Law enforcement officers recovered approximately one

hundred (100) grams of a white crystalline substance and approximately 3.4 grams of Methamphetamine Hydrochloride. Additionally, officers located a Norinco SKS Type, 7.62X39 Semi-Automatic Rifle, serial number D24043458; a Norinco SKS Type, 7.62X39 Semi-Automatic Rifle, serial number 23004016P; a Mossberg Model 835 Ulti-Mag, .12 Gauge Pump-Action Shotgun, serial number UM511661, and a Mossberg Model 183T, .410 Gauge Bolt-Action Shotgun, serial number 728583.

**Overt act g.**

On April 29, 2010, at or near Youngsville, Louisiana, within the Western District of Louisiana, law enforcement officers arrived at the residence of a herein unindicted individual to execute an arrest warrant on defendant, JAMES C. PITRE. When law enforcement officers arrived at the residence, JAMES C. PITRE answered the door and was extracted from the residence. Defendant, DANIEL W. WRIGHT, was also located in the residence. A subsequent search was conducted at the residence and law enforcement officers recovered items consistent with a clandestine methamphetamine laboratory, including coffee filters that contained approximately 4.5 grams of Methamphetamine, seven (7) Schedule IV carisoprodol pills, ziplock bags and filters with crystalline residue, butane cylinders, a digital scale and various drug paraphernalia. Law enforcement officers also recovered .47 grams of marijuana.

## COUNT 2
**Possession of Methamphetamine with Intent to Distribute**
**21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)**

On or about the 5th of May, 2009, at or near Lafayette, Louisiana, in the Western District of Louisiana, the defendant, JAMES C. PITRE, knowingly and intentionally possessed with intent to distribute five (5) grams or more of Methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, and fifty (50) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B). [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)].

## COUNT 3
**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**
**18 U.S.C. § 924(c)(1)(A)**

On or about the 5th day of May, 2009, at or near Lafayette, Louisiana, in the Western District of Louisiana, the defendant, JAMES C. PITRE, did knowingly posses a firearm, that is, a Ruger Model P89 nine millimeter semi automatic pistol, serial number 307-46803, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession with the intent to distribute Methamphetamine as alleged in Count 2, all in violation of Title 18, United States Code, Section 924(c)(1)(A). [18 U.S.C. § 924(c)(1)(A)].

## COUNT 4
## Possession of a Firearm by a Prohibited Person
## 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

On or about the 5th day of May, 2009, at or near Lafayette, Louisiana, in the Western District of Louisiana, the defendant, JAMES C. PITRE, having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm, that is, a Ruger Model P89 nine millimeter semi automatic pistol, serial number 307-46803, said firearm, in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

## COUNT 5
## Possession of a Firearm in Furtherance of a Drug Trafficking Crime
## 18 U.S.C. § 924(c)(1)(A)

On or about the 18th day of March, 2010, at or near Maurice, Louisiana, in the Western District of Louisiana, the defendant, JAMES C. PITRE, did knowingly possess four (4) firearms, to wit, a Norinco SKS Type, 7.62X39 Semi-Automatic Rifle, serial number D24043458; a Norinco SKS Type, 7.62X39 Semi-Automatic Rifle, serial number 23004016P; a Mossberg Model 835 Ulti-Mag, .12 Gauge Pump-Action Shotgun, serial number UM511661, and a Mossberg Model 183T, .410 Gauge Bolt-Action Shotgun, serial number 728583, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute Methamphetamine as alleged in Count 1, all in violation of Title 18, United States Code, Section 924(c)(1)(A). [18 U.S.C. § 924(c)(1)(A)].

## COUNT 6
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### 18 U.S.C. § 924(c)(1)(A); 18 U.S.C. § 2

On or about the 18th day of March, 2010, at or near Maurice, Louisiana, in the Western District of Louisiana, the defendant JAMES P. LACASSE, aided and abetted by defendant JAMES C. PITRE, did knowingly possess a firearm, to wit, a Norinco SKS Type, 7.62X39 Semi-Automatic Rifle, serial number 23004016P, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute Methamphetamine as alleged in Count 1, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2. [18 U.S.C. §§ 924(c)(1)(A) and 2].

## COUNT 7
### Possession of a Firearm by a Prohibited Person
### 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

On or about the 18th day of March, 2010, at or near Lafayette, Louisiana, in the Western District of Louisiana, the defendant, JAMES C. PITRE, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess four (4) firearms, to wit; a Norinco SKS Type, 7.62X39 Semi-Automatic Rifle, serial number D24043458; a Norinco SKS Type, 7.62X39 Semi-Automatic Rifle, serial number 23004016P; a Mossberg Model 835 Ulti-Mag, .12 Gauge Pump-Action Shotgun, serial number UM511661; and a Mossberg Model 183T, .410 Gauge Bolt-Action Shotgun, serial number 728583, in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

## FIREARMS FORFEITURE ALLEGATION

### 18 U.S.C. § 924(d)

1.    The allegations contained in Counts 3, 4, 5, 6 and 7 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c) set forth in Counts 3, 4, 5, 6 and 7 of this Indictment, the defendants,

### JAMES C. PITRE and JAMES P. LACASSE,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) any firearms and ammunition involved or used in the knowing commission of the offense, including, but not limited to:

a. one (1) Ruger Model P89 nine millimeter semi automatic pistol, serial number 307-46803;

b. one (1) Norinco SKS Type, 7.62X39 Semi-Automatic Rifle, serial number D24043458;

c. one (1) Norinco SKS Type, 7.62X39 Semi-Automatic Rifle, serial number 23004016P;

d. one (1) Mossberg Model 835 Ulti-Mag, .12 Gauge Pump-Action Shotgun, serial number UM511661; and

e. one (1) Mossberg Model 183T, .410 Gauge Bolt-Action Shotgun, serial number 728583.

All in violation of Title 18, United States Code, Section 924(d). [18 U.S.C. § 924(d)].

A TRUE BILL:

**REDACTED**

STEPHANIE A. FINLEY
United States Attorney

By: _____
DANIEL J. McCOY, ID # 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501-6832
Telephone: (337) 262-6618